## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 7 MM 2016
:
          Respondent :
:
:
:
         v. :
:
:
:
CALEB DANIEL FOX, :
:
         Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of May, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. Counsel is **DIRECTED** to file, within 15 days, a Petition for Allowance of Appeal with respect to the Superior Court's October 2015 determination. *See Commonwealth v. Fox*, 1364 MDA 2014 (order dated Oct. 20, 2015).

    Justice Wecht did not participate in the consideration or decision of this matter.